IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSHUA D. ROYBAL,

    Plaintiff,

v.                                                    No. 14-cv-0267 LH/SMV

METROPOLITAN PROPERTY &
CASUALTY INSURANCE COMPANY,

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    September 4, 2014, at 1:30 p.m.

    **Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **September 4, 2014, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, and when to schedule a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                             _____
                                                             **STEPHAN M. VIDMAR**
                                                              **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.