IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSHUA D. ROYBAL,

    Plaintiff,

v.                                                      No. 14-cv-0267 LH/SMV

ECONOMY PREMIER ASSURANCE CO.,

    Defendant.[1]

## ORDER TO FILE CLOSING DOCUMENTS

Defendant filed a notice with the Court on October 21, 2014, indicating that the parties have reached a settlement. [Doc. 31].

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **November 20, 2014**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The caption was amended on July 16, 2014, to reflect the correct name of Defendant, which is Economy Premier Assurance Company, rather than Metropolitan Property & Casualty Insurance Company. [Doc. 25].